UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

RECEIVED
USDC CLERK, FLORENCE, SC
2011 MAR 25 P 12: 40

| | |
|---|---|
| United States of America, | C/A No. 4:10-203 |
| vs. | ORDER |
| Camilla Anniece Powe, | |

Defendant is currently scheduled to the Report to the Bureau of Prisoners on March 31, 2011. The reporting date of the defendant Camilla Anniece Powe is hereby extended until April 15, 2011. Accordingly, IT IS HEREBY ORDERED, that the defendant, Camilla Anniece Powe is not required to report for service of her sentence as scheduled on March 31, 2011, but instead her reporting date is extended until April 15, 2011.

IT IS SO ORDERED.

Terry L. Wooten
United States District Judge

March 24, 2011
Florence, South Carolina